# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 303 WAL 2016

           Respondent

                              : Petition for Allowance of Appeal from
                              : the Order of the Superior Court

        v.

RICHARD KELLY,

           Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.